Case 5:20-cv-10443-JEL-APP   ECF No. 1-1, PageID.10   Filed 02/20/20   Page 1 of 2

Williams, et al. v. Snyder, et al.
Exhibit A

| File_No | Name | Affected Address | City | State | Zip | Capacity | Current Address | City | State of Residence | Child's Initials | Fiduciary | Exposure Start | Exposure End | Property Ownership Start | Property Ownership End |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35543 | Henry Williams | 6211 E Mott Ave | Flint | MI | 48505 | Self | 6211 E Mott Ave | Flint | MI | | | 4/24/2014 | Present | 12/1/1976 | Present |
| 46924 | James Williams | 6211 E Mott Ave | Flint | MI | 48505 | Self | 6211 E Mott Ave | Flint | MI | | Henry Williams | 4/24/2014 | Present | 12/1/1976 | Present |
| 46958 | Marquisha Williams | 6211 E Mott Ave | Flint | MI | 48505 | Self | 6211 E Mott Ave | Flint | MI | | Henry Williams | 4/24/2014 | Present | 12/1/2002 | Present |
| 46979 | | 6211 E Mott Ave | Flint | MI | 48505 | Minor | 6211 E Mott Ave | Flint | MI | DW | Henry Williams | 12/4/2019 | Present | 12/4/2019 | Present |
| 27998 | Marquel Williams | 6211 E Mott Ave APT 202 | Flint | MI | 48505 | Self | 6211 E Mott Ave | Flint | MI | | | 4/24/2014 | duplicate | 12/1/1976 | duplicate |
| 35951 | Jimmie Peterson | 6226 West Court St. | Flint | MI | 48532 | Self | 6226 West Court St. | Flint | MI | | | 4/24/2014 | Present | 4/1/2005 | Present |
| 35983 | Rosemary Peterson | 6226 West Court St. | Flint | MI | 48532 | Self | 6226 West Court St. | Flint | MI | | | 4/24/2014 | Present | 4/1/2005 | Present |
| 36254 | Amanda Banks | 623 E Third St | Flint | MI | 48503 | Self | 611 Weller | Flint | Mi | | | 4/24/2014 | Present | | |
| 47038 | | 623 E Third St | Flint | MI | 48503 | Minor | 611 Weller | Flint | Mi | JB | Amanda Banks | 4/24/2014 | Present | | |
| 28010 | Regina Fizer | 6251 Darryll Drive | Flint | MI | 48505 | Self | 6521 Daryll Dr | Flint | MI | | | 4/24/2014 | Present | 4/1/2004 | Present |
| 42268 | Timothy Hanley | 631 E. Court St. | Flint | MI | 48503 | Self | 607 Chalmers Street | Flint | MI | | | 4/24/2014 | Present | | |
| 47607 | | 632 St Clair St | FLINT | MI | 48504 | Minor | 1514 Pettibone Ave | Flint | MI | BJ | Monica Embeck | 4/24/2014 | Present | | |
| 47606 | | 633 St Clair St | FLINT | MI | 48507 | Minor | 1514 Pettibone Ave | Flint | MI | NJ | Monica Embeck | 4/24/2014 | Present | | |
| 35668 | Paul Locridge | 641 W. Baltimore Blvd | Flint | MI | 48505 | Self | 641 W. Baltimore Blvd | Flint | MI | | | 4/24/2014 | Present | | |
| 35679 | Renee Byrd | 642 W Alma Ave | Flint | MI | 48505 | Self | 642 W Alma Ave | Flint | MI | | | 4/24/2014 | Present | 2/1/1969 | Present |
| 47747 | Bertha Arrington | 646 E BALTIMORE BLVD | FLINT | MI | 48505 | Self | 646 E BALTIMORE BLVD | FLINT | MI | | | 4/24/2014 | Present | 6/1/1968 | Present |
| 46197 | Joanne Hill | 6505 Oxley Dr | Flint | MI | 48504 | Self | 6505 Oxley Dr | Flint | MI | | | 4/24/2014 | Present | 9/17/1995 | Present |
| 43603 | Rodney Wilson | 6509 Oxley Dr | Flint | MI | 48504 | Self | 2707 Suncrest Drive | Flint | MI | | | 4/24/2014 | Present | 12/1/1999 | 5/1/2016 |
| 43628 | James Wilson | 6509 Oxley Dr | Flint | MI | 48504 | Self | 3217 Buick St. Apt. 101 | Flint | MI | | | 4/24/2014 | Present | 5/4/2000 | 6/1/2015 |
| 43627 | | 6509 Oxley Dr | Flint | MI | 48504 | Minor | 2707 Suncrest Drive | Flint | MI | RW | Rodney Wilson | 4/24/2014 | Present | 8/7/2007 | 6/1/2015 |
| 48810 | | 651 FREEMAN AVE | Flint | MI | 48507 | Minor | 651 FREEMAN AVE | FLINT | MI | EM | Michelle Sage | 4/24/2014 | Present | | |
| 47799 | Michelle Joanne Sage | 651 Freeman Ave | Flint | MI | 48507 | Self | 651 Freeman Ave | Flint | MI | | | 4/24/2014 | Present | | |
| 35807 | Rashard Wagner | 654 East Baltimore Blvd | Flint | MI | 48505 | Self | 2436 Green Pine Drive Apt. 5 | Burton | MI | | | 4/24/2014 | Present | 5/1/1986 | 11/1/2018 |
| 45442 | Wilbur Harper | 662 E Marengo Av | Flint | MI | 48505 | Self | 621 E MARENGO AVE | FLINT | MI | | | 4/24/2014 | Present | | |
| 41667 | Gladys Sheron | 6622 Daryll Drive | Flint | MI | 48505 | Self | 6618 Daryll Drive | Flint | MI | | | 4/24/2014 | Present | | |
| 35841 | Luvenia Presley | 6707 North Webster Rd. | Flint | MI | 48505 | Self | 681 Babitt Rd. Apt. A1 | Euclid | OH | | | 4/24/2014 | 1/23/2020 | | |
| 42004 | Thomas Brown | 6707 North Webster Road | Flint | MI | 48505 | Self | 6707 North Webster Road | Flint | MI | | | 4/24/2014 | Present | | |
| 42003 | Lannie Presley | 6707 North Webster Road | Flint | MI | 48505 | Self | 6707 North Webster Road | Flint | MI | | | 4/24/2014 | 1/23/2020 | | |
| 35551 | Ernistine Sims | 6708 Russett Ct | Flint | MI | 48504 | Self | 6708 Russett Ct | Flint | MI | | | 4/24/2014 | Present | 9/1/1990 | Present |
| 43423 | | 6715 DUPONT ST | FLINT | MI | 48505 | Minor | 6715 DUPONT ST | FLINT | MI | JG | Tracey Collins | 4/24/2014 | Present | 12/1/2013 | Present |
| 43426 | Tania Griggs | 6715 DUPONT ST | FLINT | MI | 48505 | Self | 6715 DUPONT ST | FLINT | MI | | Tracey Collins | 4/24/2014 | Present | 12/1/2013 | Present |
| 43425 | | 6715 DUPONT ST | FLINT | MI | 48505 | Minor | 6715 DUPONT ST | FLINT | MI | TG | Tracey Collins | 4/24/2014 | Present | 12/1/2013 | Present |
| 43422 | | 6715 DuPont St. | Flint | MI | 48505 | Minor | 6715 DuPont St. | Flint | MI | TB | Tracey Collins | 4/24/2014 | Present | 12/1/2013 | Present |
| 35831 | Tracey Collins | 6715 DuPont St. | Flint | MI | 48505 | Self | 6715 DuPont St. | Flint | MI | | | 4/24/2014 | Present | 6/1/2009 | Present |
| 43424 | Jamil Griggs | 6715 DuPont St. | Flint | MI | 48505 | Self | 6715 DuPont St. | Flint | MI | | | 4/24/2014 | Present | 12/1/2013 | Present |
| 45625 | | 6801 ORANGE LN | FLINT | MI | 48505 | Minor | 6801 ORANGE LN | FLINT | MI | AM | Akera Davis | 2/7/2016 | Present | | |
| 37616 | | 6805 Sally Court | Flint | MI | 48505 | Minor | 6805 Sally Court | Flint | MI | CE | Tywan Bowles, Sr. | 4/24/2014 | Present | 12/1/2011 | Present |
| 37615 | | 6805 Sally Court | Flint | MI | 48505 | Minor | 6805 Sally Court | Flint | MI | PT | Tywan Bowles, Sr. | 4/24/2014 | Present | 12/1/2011 | Present |
| 35773 | Beatrice Crowder | 6811 Dupont St | Flint | MI | 48505 | Self | 754 E. Parkway | Flint | MI | | | 4/24/2014 | Present | 3/1/2005 | Present |
| 46577 | Katrina Jordan | 6813 Orange Lane | Flint | MI | 48505 | Self | 6813 Orange Lane | Flint | MI | | | 4/24/2014 | Present | 3/1/2000 | Present |
| 35672 | Terry Morgan | 6825 Roseanna Dr | Flint | MI | 48505 | Self | 609 East Holbrook Avenue | Flint | MI | | | 4/24/2014 | Present | 4/24/2014 | 2/1/2018 |
| 48439 | | 6902 FLEMING RD | FLINT | MI | 48504 | Minor | 6902 FLEMING RD | FLINT | MI | LR | Walter Trouser | 4/24/2014 | Present | 2/1/2010 | Present |
| 42760 | Janice Kimbrough | 6910 Carl Rd | Flint | MI | 48505 | Self | 6130 Penwood Rd | Mount Morris | MI | | | 4/24/2014 | Present | | |
| 10937 | Jimmy Weaver | 7006 Cecil Drive | Flint | MI | 48505 | Self | 7001 Cecil Drive | Flint | MI | | | 4/24/2014 | Present | 2/1/1990 | Present |
| 46966 | | 701 Stockdale St | Flint | MI | 48504 | Minor | 701 Stockdale St | Flint | MI | KJ | Robert Jackson | 4/24/2014 | Present | 3/7/2012 | Present |
| 46128 | William McIntyre | 7012 Yorkshire Dr | flint | MI | 48505 | Self | 414 W MARENGO AVE | FLINT | MI | | | 4/24/2014 | Present | | |
| 45053 | Lorenzo Smith | 7014 Daryl Drive | Flint | MI | 48505 | Self | 7014 Daryll Drive | Flint | MI | | | 5/1/2014 | Present | 4/1/2012 | Present |
| 31977 | Lisa Hamel | 702 Father Dukette Blvd. No 704 | Flint | MI | 48503 | Self | 702 Father Dukette Blvd. No. 704 | Flint | MI | | | 4/24/2014 | Present | | |
| 48597 | Mark Elridge | 703 E Foss Ave | Flint | MI | 48505 | Self | 6058 NATCHEZ DR | MOUNT MORRIS | MI | | | 4/24/2014 | Present | | |
| 33071 | Marvin Racette | 709 Cadillac St | Flint | MI | 48504 | Self | 709 Cadillac St | Flint | MI | | | 4/24/2014 | Present | 2/1/1957 | Present |
| 32959 | Wilma Racette | 709 Cadillac St | Flint | MI | 48504 | Self | 709 Cadillac St | Flint | MI | | | 4/24/2014 | Present | | Present |
| 49386 | Jennice Badon | 713 Victoria Ave | Flint | MI | 48503 | Self | 413 Avon St | Flint | MI | | | 4/24/2014 | Present | | |
| 32346 | Derrick Betts | 718 Loyola Drive | Flint | MI | 48503 | Self | 718 Loyola Drive | Flint | MI | | | 4/24/2014 | Present | 3/1/2011 | Present |
| 32313 | Caleb Fuller | 718 Loyola Drive | Flint | MI | 48503 | Self | 718 Loyola Drive | Flint | MI | | Earl Fuller, Jr. | 4/24/2014 | Present | 3/1/2011 | Present |
| 32350 | Tina Fuller | 718 Loyola Drive | Flint | MI | 48503 | Self | 718 Loyola Drive | Flint | MI | | | 4/24/2014 | Present | 3/1/2011 | Present |
| 31938 | Earl Fuller Jr | 718 Loyola Drive | Flint | MI | 48503 | Self | 718 Loyola Drive | Flint | MI | | | 4/24/2014 | Present | 3/1/2011 | Present |
| 49312 | Kenneth Ray | 719 E Pasadena Ave | Flint | MI | 48505 | Self | 719 E Pasadena Ave | Flint | MI | | | 4/24/2014 | | 6/5/2013 | Present |
| 28094 | Colette Crain | 721 W Ridgeway Ave | Flint | MI | 48505 | Self | 721 W Ridgeway Ave | Flint | MI | | | 4/24/2014 | Present | 10/1/2003 | Present |
| 35506 | Portia Hopson | 723 South Franklin Avenue | Flint | MI | 48503 | Self | 723 South Franklin Avenue | Flint | MI | | | 4/24/2014 | Present | | |
| 46454 | | 723 South Franklin Avenue | Flint | MI | 48503 | Minor | 723 South Franklin Avenue | Flint | MI | JS | Portia Hopson | 4/24/2014 | Present | | |
| 46581 | Joel Simon | 723 South Franklin Avenue | Flint | MI | 48503 | Self | 723 South Franklin Avenue | Flint | MI | | | 4/24/2014 | Present | | |
| 46563 | | 723 South Franklin Avenue | Flint | MI | 48503 | Minor | 723 South Franklin Avenue | Flint | MI | JS | Portia Hopson | 4/24/2014 | Present | | |
| 36981 | Helen Stewart | 723 W Jamison | Flint | MI | 48504 | Self | 509 Acklin Gap Road | Conway | AR | | | 4/24/2014 | 3/1/2018 | | |
| 47748 | Belinda Shaddawine | 730 E Ridgeway Ave | Flint | MI | 48505 | Self | 730 E Ridgeway Ave | Flint | MI | | | 4/24/2014 | Present | | |
| 43971 | Velois Coleman | 730. E. 12th Street | Flint | MI | 48503 | Self | 502 Fairview Avenue Apt 2205 | Lebanon | TN | | | 4/24/2014 | 6/1/2017 | | |
| 15456 | Agnes Garrett | 915 E. Court Street | Flint | MI | 48503 | Self | 730 South Royal Crest Circle Apartment 416 | Las Vegas | NV | | | 4/24/2014 | Present | 2/1/1999 | Present |
| 32686 | Tahj Moore-Parnell | 732 Carton St | Flint | MI | 48505 | Self | 2608 Judy Ct | Flint | MI | | | 4/24/2014 | Present | | |
| 33195 | Anatasya Parnell | 732 Carton St | Flint | MI | 48505 | Self | 2608 Judy Ct. | Flint | MI | | | 4/24/2014 | Present | | |
| 32604 | | 732 Carton St | Flint | MI | 48505 | Minor | 2608 Judy Ct. | Flint | MI | SP | Anatasya Parnell | 4/24/2014 | Present | | |
| 49121 | | 736 W Bundy Ave | Flint | MI | 48505 | Minor | 736 W Bundy Ave | Flint | MI | BJ | Precious Joyner | 4/24/2014 | Present | 4/24/2014 | Present |
| 49119 | | 736 W Bundy Ave | Flint | MI | 48505 | Minor | 736 W Bundy Ave | Flint | MI | HN | Precious Joyner | 3/13/2018 | Present | 3/13/2018 | Present |
| 49113 | | 736 W Bundy Ave | Flint | MI | 48505 | Minor | 736 W Bundy Ave | Flint | MI | KN | Precious Joyner | 2/17/2016 | Present | 9/4/2016 | Present |
| 49114 | | 736 W Bundy Ave | Flint | MI | 48505 | Minor | 736 W Bundy Ave | Flint | MI | KT | Precious Joyner | 2/17/2016 | Present | 2/17/2016 | Present |
| 49118 | Precious Joyner | 736 W BUNDY AVE | Flint | MI | 48505 | Self | 736 W BUNDY AVE | Flint | MI | | | 4/24/2014 | Present | 2/1/2005 | Present |
| 43265 | Sunobia Sims | 740 Bundy St | Flint | MI | 48505 | Self | 2002 Marquette Street | Saginaw | MI | | | 4/24/2014 | Present | | |
| 31655 | Dana Berry | 742 W. McClellan Street | Flint | MI | 48506 | Self | 742 W. McClellan Street | Flint | MI | | | 4/24/2014 | Present | 10/31/2010 | Present |
| 31652 | Tammy Berry | 742 W. McClellan Street | Flint | MI | 48506 | Self | 742 W. McClellan Street | Flint | MI | | | 4/24/2014 | Present | 10/31/2010 | Present |
| 31653 | Verlesa Berry | 742 W. McLellan St. | Flint | MI | 48506 | Self | 742 W. McClellan Street | Flint | MI | | | 4/24/2014 | Present | | |
| 48566 | | 756 VERMILYA AVE | FLINT | MI | 48507 | Minor | 756 VERMILYA AVE | FLINT | MI | AH | Lisa Woodworth | 9/1/2014 | Present | | |
| 47969 | Paul A Richmond | 759 E Pierson Rd | Flint | MI | 48505 | Self | 6140 Fountain Pointe | Grand Blanc | MI | | | 4/24/2014 | Present | | |
| 36523 | James H Shelton | 801 Chatham Dr | Flint | MI | 48505 | Self | 6117 Magnolia Dr | Mount Morris | MI | | | 4/24/2014 | Present | 1/1/2010 | 11/1/2018 |
| 33059 | Karen Beasley | 801 Garden View Drive No. 217 | Flint | MI | 48503 | Self | 801 Garden View Drive No. 223 | Flint | MI | | | 4/24/2014 | Present | | |
| 9744 | Lisa Johnson | 811 Thomson Street | Flint | MI | 48503 | Self | 806 Thomson Street | Flint | MI | | | 4/24/2014 | Present | | |
| 47705 | Moses Findley | 813 Columbia Circle | Flint | MI | 48503 | Self | 17892 West Santa Alberta Lane | GOODYEAR | AZ | | | 4/24/2014 | 12/1/2016 | 4/1/2012 | 12/1/2016 |
| 45852 | Yvonne D Quick Findley | 813 Columbia Circle | Flint | MI | 48503 | Self | 17892 West Santa Alberta Lane | GOODYEAR | AZ | | | 4/24/2014 | 12/1/2016 | 11/1/2004 | 12/1/2016 |
| 38381 | James Ethington | 813. E. Third Street | Flint | MI | 48503 | Self | 427 Overbay Drive | PETOSKEY | MI | | | 4/24/2014 | Present | 1/1/2003 | 1/1/2015 |
| 47217 | Eric Tweedy | 814 E Kearsley St Apt. 110 | Flint | MI | 48503 | Self | P.O. Box 753 | Flint | MI | | | 4/24/2014 | Present | | |
| 36464 | Bertha Shumpert | 814 E Kearsley St Apt. 211 | Flint | MI | 48503 | Self | 218 E Wood St | Flint | MI | | | 4/24/2014 | Present | | |
| 27734 | Rundre Lay | 8181 North Wayne Rd | Westland | MI | 48185 | Self | 9904 Riverdale | Redford | MI | | | 4/24/2014 | Present | 4/24/2014 | Present |
| 47909 | Arlena Rose Kendall | 823 N Stevenson St | Flint | MI | 48504 | Self | 700 Merton Rd APT 3 | Detroit | MI | | | 4/24/2014 | Present | 4/24/2014 | Present |

Case 5:20-cv-10443-JEL-APP ECF No. 1-1, PageID.11 Filed 02/20/20 Page 2 of 2

Williams, et al. v. Snyder, et al.
Exhibit A

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 43596 | Hubert Roberts | 831 E 8TH ST | FLINT | MI | 48503 | Self | 831 E 8TH ST | FLINT | MI | | | 4/24/2014 | Present | | | |
| 49390 | Stormy Kaye Elliot | 840 Lexington Avenue | Flint | MI | 48507 | Self | 4705 Waltan Rd | Vassar | MI | | | 4/24/2014 | Present | | 1/1/2012 | Present |
| 49392 | Robert Spencer | 840 Lexington Avenue | Flint | MI | 48507 | Self | 4705 Waltan Rd | Vassar | MI | | | 4/24/2014 | Present | | 1/1/2012 | Present |
| 49389 | | 840 Lexington Avenue | Flint | MI | 48507 | Minor | 4705 Waltan Rd | Vassar | MI | RS | Robert Spencer | 4/24/2014 | Present | | 1/1/2012 | Present |
| 44886 | Linda Jones | 8484 Essex Ave | Warren | MI | 48089 | Self | 25112 Hoover Rd Apt 301 | Warren | MI | | | 4/24/2014 | Present | | | |
| 45115 | | 850 Lexington Ave | Flint | MI | 48507 | Minor | 850 LEXINGTON AVE | FLINT | MI | LP | Sandra Hurtado | 4/24/2014 | Present | | 5/1/2008 | Present |
| 45160 | Joann Lincoln | 8617 TIM TAM TRL | FLUSHING | MI | 48433 | Self | 8617 TIM TAM TRL | FLUSHING | MI | | | 4/24/2014 | Present | | 4/1/2000 | Present |
| 43679 | | 8617 TIM TAM TRL | FLUSHING | MI | 48433 | Minor | 8617 TIM TAM TRL | FLUSHING | MI | LL | Joann Lincoln | 4/24/2014 | Present | | 5/23/2012 | Present |
| 43680 | | 8617 TIM TAM TRL | FLUSHING | MI | 48433 | Minor | 8617 TIM TAM TRL | FLUSHING | MI | LL | Joann Lincoln | 4/24/2014 | Present | | 2/18/2011 | Present |
| 43681 | | 8617 TIM TAM TRL | FLUSHING | MI | 48433 | Minor | 8617 TIM TAM TRL | FLUSHING | MI | TL | Joann Lincoln | 4/24/2014 | Present | | 10/15/2009 | Present |
| 45159 | William Lincoln | 8617 TIM TAM TRL | FLUSHING | MI | 48433 | Self | 8617 TIM TAM TRL | FLUSHING | MI | | | 4/24/2014 | Present | | 4/1/2000 | Present |
| 31611 | Melvin Abraham | 901 Floyd J. McCree Dr | Flint | MI | 48503 | Self | 5918 4th ST NE | Fridley | MN | | | 4/24/2014 | 10/3/2019 | | | |
| 31712 | Geraldine Smith | 902 Brookhollow Apt. 2D | Flint | MI | 48503 | Self | P.O. Box 852 | Flint | MI | | | 4/24/2014 | Present | | | |
| 49316 | Jennifer Boston | 902 Brookhollow Ct. Apt. 2G | Flint | MI | 40503 | Self | 918 Glenbrook Cir Apt. C | Flint | MI | | | 4/24/2014 | Present | | | |
| 49317 | | 902 Brookhollow Ct. Apt. 2G | Flint | MI | 40503 | Minor | 918 Glenbrook Cir Apt. C | Flint | MI | JBJ | Jennifer Boston | 4/24/2014 | Present | | | |
| 43290 | Will Menifield | 902 East Court Street 809 | Flint | MI | 48504 | Self | 801 Suncrest Drive | Flint | MI | | | 4/24/2014 | Present | | | |
| 11468 | | 905 Pingree Avenue | Flint | MI | 48503 | Minor | 905 Pingree Avenue | Flint | MI | IK | LaDonna White | 4/24/2014 | Present | | 12/3/2005 | Present |
| 11466 | LaDonna White | 905 Pingree Avenue | Flint | MI | 48503 | Self | 905 Pingree Avenue | Flint | MI | | | 4/24/2014 | Present | | 6/1/1995 | Present |
| 47196 | William Palmer | 905 W Marengo Ave APT 1 | Flint | MI | 48505 | Self | 905 W Marengo Ave APT 1 | Flint | MI | | | 4/24/2014 | Present | | | |
| 28052 | Rhajah Weathers | 906 Addison St | Flint | MI | 48505 | Self | 3743 Kent St | Flint | MI | | | 4/24/2014 | Present | | 4/24/2014 | Present |
| 45199 | Annetta Sykes | 910 W Pierson Rd | Flint | MI | 48505 | Self | 910 W Pierson Rd | Flint | MI | | | 4/24/2014 | Present | | | |
| 10558 | Lenise Branch | 910 West Ridge Way Avenue | Flint | MI | 48505 | Self | 910 West Ridge Way Avenue | Flint | MI | | | 4/24/2014 | Present | | 6/1/1986 | Prfesent |
| 23881 | Jordan Leavitt | 9108 Suncrest Drive | Flint | MI | 48504 | Self | 4808 Warrington Dr | Flint | MI | | | 4/24/2014 | Present | | | |
| 23886 | | 9108 Suncrest Drive | Flint | MI | 48504 | Minor | 4808 Warrington Dr | Flint | MI | CL | Warnetta Lee | 4/24/2014 | Present | | | |
| 37622 | Rory Lee Jr | 9108 Suncrest Drive | Flint | MI | 48504 | Self | 4808 Warrington Dr | Flint | MI | | | 4/24/2014 | Present | | | |
| 28759 | Colton Smith | 916 Hubbard Ave | Flint | MI | 48503 | Self | 916 Hubbard Ave | Flint | MI | | | 4/24/2014 | Present | | 10/7/1996 | Present |
| 32556 | Courtney Tupper | 921 Sunday St | Flint | MI | 48507 | Deceased | 1722 Oklahoma Ave | Flint | MI | | Terry Tupper | 4/24/2014 | 5/8/2019 | | | |
| 47490 | Crystal Mabe | 9510 Fenwin Dr | Grand Blanc | MI | 48439 | Self | 9510 Fenwin Dr | Grand Blanc | MI | | | 8/20/2017 | 9/20/2017 | | 12/1/2013 | Present |
| 36497 | Laurie Frost | 963 Hubbard Ave | Flint | MI | 48503 | Self | 963 Hubbard Ave | Flint | MI | | | 4/24/2014 | Present | | 11/1/2013 | Present |
| 42160 | Joseph Roach | 972 Gainey Avenue | Flint | MI | 48503 | Self | 972 Gainey Avenue | Flint | MI | | | 4/24/2014 | Present | | 7/4/1993 | Present |
| 36300 | Arthur Sanders | 983 Mann Ave Apt. 3 | Flint | MI | 48503 | Self | 983 Mann Ave Apt. 3 | Flint | MI | | | 4/24/2014 | Present | | | |
| 46892 | | 984 Hubbard Avenue | Flint | MI | 48503 | Minor | 984 Hubbard Avenue | Flint | MI | DM | Katherine Miller | 5/15/2014 | Present | | | |
| 42297 | Michael Wiley | Angelos Coney Island 1816 Davison Road | Flint | MI | 48506 | Self | 3062 West Stanley Road | Mount Morris | MI | | | 4/24/2014 | Present | | | |
| 49279 | | Blackberry Street | Flint | MI | 48506 | Minor | 2821 E Pierson | Flint | MI | DS | Anthony Stevenson, Sr. | 4/24/2014 | Present | | | |
| 49280 | | Blackberry Street | Flint | MI | 48506 | Minor | 2821 E Pierson | Flint | MI | AS | Anthony Stevenson, Sr. | 4/24/2014 | Present | | | |
| 49281 | Anthony Stevenson Sr. | Blackberry Street | Flint | MI | 48506 | Self | 2821 E Pierson | Flint | MI | | | 4/24/2014 | Present | | | |
| 45959 | Anna Rushing | Blackberry Street | FLINT | MI | 48504 | Self | 9156 SUNCREST DR | FLINT | MI | | | 4/24/2014 | Present | | | |
| 49259 | Stancil Rushing | Blackberry Street | Flint | MI | 48504 | Self | 9156 Suncrest Dr | Flint | MI | | | 4/24/2014 | Present | | | |
| 44874 | Jerome McKay | Country Club Manor, Dort Hwy | Flint | MI | 48503 | Self | 801 Gardenview Dr APT 220 | Flint | MI | | | 4/24/2014 | Present | | | |
| 27826 | Paula Wilson | G. 3363 Arlene Ave | Flint | MI | 48503 | Self | G. 3363 Arlene Ave | Flint | MI | | | 8/1/2016 | Present | | | |
| 45225 | Gail Burch-Leonard | G3064 Miller Rd Apt 217 | Flint | MI | 48507 | Self | 1520 Cedarwood Dr Apt. 206 | Flushing | MI | | | 6/1/2015 | Present | | | |
| 20655 | Lynn Oben | Gardenview Drive | FLINT | MI | 48503 | Self | 800 E COURT ST APT 232 | FLINT | MI | | | 4/24/2014 | Present | | | |
| 46688 | Just BeCoats | Linden Road | Flint | MI | 48503 | Self | 5810 Oxley Drive | Flint | MI | | | 4/24/2014 | Present | | 4/24/2014 | 1/1/2018 |
| 42716 | Shanna Beanon | Mott Community College 1401 E Court St | Flint | MI | 48503 | Self | 69 Mallard Drive | Schwartz Creek | MI | | | 4/24/2014 | Present | | | |
| 46982 | Rita Link | Mott Community College 1401 E. Court St. | Flint | MI | 48503 | Self | 2422 Fairway Ct | Burton | MI | | Keith Link | 4/24/2014 | Present | | 1/1/1965 | Present |
| 43167 | Trenace Cummings | River Valley Apartments | FLINT | MI | 48503 | Self | 700 E COURT ST APT 338 | FLINT | MI | | | 4/24/2014 | Present | | | |
| 47376 | Jojuana Smith | 2111 Cadillac St | Flint | MI | 48504 | Self | 2111 CADILLAC ST | FLINT | MI | | | 4/24/2014 | Present | | | Present |
| 42471 | Shana Rowser | 2307 Brookside Dr | Flint | MI | 48503 | Self | 2307 Brookside Dr | Flint | MI | | | 4/24/2014 | Present | | | Present |
| 32269 | Vanita Hill | 2309 N. Chevrolet Ave. | Flint | MI | 48504 | Self | 2309 N. Chevrolet Ave | Flint | MI | | | 4/24/2014 | Present | | | |
| 32259 | Ephriam Johnson III | 2316 Bennett Ave | Flint | MI | 48506 | Self | 2316 Bennett Ave | Flint | MI | | | 4/24/2014 | Present | | | |
| 48135 | Octavia Roberts | 2424 FOX LN | FLINT | MI | 48507 | Self | 2424 FOX LN | FLINT | MI | | | 4/24/2014 | Present | | | |
| 37959 | Shirley Newman | 2702 Gamma Lane | Flint | MI | 48506 | Self | 2702 Gamma Lane | Flint | MI | | | 4/24/2014 | Present | | | Present |
| 49132 | Sheree Galloway | University Ave | Flint | MI | 48503 | Self | P.O. Box 742 | Linden | MI | | | 4/24/2014 | 1/1/2017 | | | |
| 35088 | James Younger | 515 Copeman Blvd | Flint | MI | 48503 | Self | 205 Montebello | Grand Rapids | MI | | | 4/24/2014 | Present | | 4/24/2014 | Present |